**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 14-16853 |
| Curtis L White | |
| Tina N Amos | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/03/2014.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 08/21/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVC | Unsecured | 5,127.00 | 4,301.88 | 4,301.88 | 0.00 | 0.00 |
| AMERISTAR FINANCIAL CO | Unsecured | 5,560.00 | NA | NA | 0.00 | 0.00 |
| Asset Care | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| AT & T Wireless | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| AT &T Credit Management | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Capital Asset Recovery, LLC | Secured | 6,100.00 | 0.00 | 6,100.00 | 0.00 | 0.00 |
| Capital One | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| CCA/CDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 300.00 | 977.21 | 977.21 | 0.00 | 0.00 |
| Chgo Furn | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Chicago Central LLP | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Citi Corp Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 36,566.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 4,277.00 | NA | NA | 0.00 | 0.00 |
| Citibank N A | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 684.40 | 684.40 | 0.00 | 0.00 |
| Comcast | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,305.00 | 355.83 | 355.83 | 0.00 | 0.00 |
| David B. Shanker | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Fcnb-Newport News | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut Credit Advantage | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| Friendly Finance | Unsecured | 10,000.00 | 0.00 | 396.19 | 0.00 | 0.00 |
| Friendly Finance | Secured | 4,000.00 | 15,023.31 | 14,627.12 | 0.00 | 0.00 |
| Global Teldata | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 531.00 | 567.01 | 567.01 | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| HSBC/TAX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 276.00 | 298.38 | 298.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 2,373.54 | 2,373.54 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 960.69 | 960.69 | 0.00 | 0.00 |
| John H. Stroger, Jr. Cook County | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Mgmt | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Mgmt | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| New Age Furn | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 313.00 | 1,154.46 | 1,154.46 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 462.00 | 906.69 | 906.69 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | 921.46 | 921.46 | 0.00 | 0.00 |
| Ray Bailey | Secured | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 0.00 |
| RCN 14 CHICAGO | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Retina Vitreous Assoc | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Sage Telecom Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sbc Illinois | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| Tcf Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tcf National Bank | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE | Secured | 8,347.00 | NA | NA | 0.00 | 0.00 |
| Wow Internet And Cable Servic | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,927.12 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,927.12** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,373.54 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,373.54** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$11,524.20** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | | |
| --- | --- | --- |
| Expenses of Administration | $0.00 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS** : | | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/11/2014                                    By: /s/ Tom Vaughn
                                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**